JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE GRAYSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NIKE RETAIL SERVICES, INC.;<br>NIKE, INC.; and DOES 1 through 100,<br>Inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-08791-AB (PVCx)<br><br>ORDER DISMISSING CIVIL ACTION WITH PREJUDICE |

　　　THE COURT has been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All future Court dates are vacated at this time.

Dated: September 28, 2021　　　　_____
　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.